IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. GUTIERREZ, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK N.A. d/b/a/ WELLS FARGO HOME MORTGAGE and WELLS FARGO REAL ESTATE TAX SERVICES LLC,<br><br>             Defendants.<br>                                                                  / | No. C 12-1135 SI<br><br>**JUDGMENT** |

In an order filed August 8, 2012, the Court dismissed the complaint with leave to amend. Plaintiff did not file an amended complaint, and counsel has informed the Court that no amended complaint will be filed.

Judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 13, 2012

SUSAN ILLSTON
United States District Judge