BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
PAULA M. ROACH (254142)
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619-338-1100
Fax: 619-338-1101
tblood@bholaw.com
lhurst@bholaw.com
proach@bholaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD M. GUTIERREZ, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE and WELLS FARGO REAL ESTATE TAX SERVICES, LLC, <br><br> Defendants. | Case No. 3:12-CV-01135-SI <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF APPEAL <br><br><br><br><br> Judge:      Hon. Susan Illston <br> Crtrm:     Crtrm 10, 19th Floor <br> Case filed:   March 7, 2012 |

00049234

Case No. 3:12-CV-01135-SI

BLOOD HURST & O'REARDON, LLP

1    Notice is hereby given that plaintiff Ronald M. Gutierrez, on behalf of himself and all

2    other similarly situated, hereby appeals to the United States Court of Appeals for the Ninth

3    Circuit from the Order Granting Defendants' Motion to Dismiss, entered August 8, 2012, and

4    from the Judgment entered on September 13, 2012.  Plaintiff's Circuit Rule 3-2 Representation

5    Statement is attached as Exhibit 1.

6

7    Dated:  October 11, 2012                    BLOOD HURST & O'REARDON, LLP
                                                 TIMOTHY G. BLOOD (149343)
8                                                LESLIE E. HURST (178432)
                                                 PAULA ROACH (254142)
9

10                                               By:          s/  Leslie E. Hurst
                                                              LESLIE E. HURST
11
                                                 701 B Street, Suite 1700
12                                               San Diego, CA  92101
                                                 Tel: 619-338-1100
13                                               Fax: 619-338-1101
                                                 tblood@bholaw.com
14                                               lhurst@bholaw.com
                                                 proach@bholaw.com
15
                                                 *Attorneys for Plaintiff*
16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2

I hereby certify that on October 11, 2012, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4

e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-

6

CM/ECF participants indicated on the Electronic Mail Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that

8

the foregoing is true and correct.  Executed October 11, 2012.

9

10

s/  *Leslie E. Hurst*
LESLIE E. HURST

11

12

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
lhurst@bholaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O'REARDON, LLP

00049234

2
NOTICE OF APPEAL

Case No. 3:12-CV-01135-SI